UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SEVEN CROSS OPERATING, LLC,

   Plaintiff,

v().                                      No. 6:23-CV-026-H

GREAT AMERICAN INSURANCE
AGENCY, INC.,

   Defendant.

## ADMINISTRATIVE CLOSURE ORDER

The parties have advised the Court that they have settled this case. *See* Dkt. No. 28. Accordingly, this case is administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated. The parties are directed to file dismissal documents or a joint report regarding the status of the settlement within 30 days of this Order.

So ordered on January 11, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE